**Mel S. Harris and Associates, LLC**

| | | |
|---|---|---|
| MEL S. HARRIS | ATTORNEYS AT LAW | HILARY KORMAN |
| DAVID WALDMAN | **5 HANOVER SQUARE, 8th Floor** | SPENCER T. McCORD |
| ARTHUR SANDERS | **NEW YORK, NY 10004** | JOEL VAGO |
| <u>SCOTT WORTMAN</u> | Tel (866) 414-7444  (212) 571-4900 | SHELBY K. BENJAMIN |
| | Fax (212) 571-0965 | |

January 10, 2012

<u>VIA ELECTRONIC MAIL AND ECF</u>
M. Harvey Rephen & Associates, P.C.
Attention: Harvey Rephen
708 Third Avenue, 6th Fl.
New York, NY. 10017
consumeradvocatenyc@gmail.com

*RE:*   *Oscar et al against Professional Claims Bureau, Inc.*
         *E.D.N.Y. Case # 11-cv-05319-SJF-WDW*

Dear Mr. Rephen:

Pursuant to Judge Feuerstein's individual rules, enclosed herewith is defendant Professional Claims Bureau Inc.'s notice of motion to dismiss the complaint pursuant to Fed.R.Civ.P. 12(b)(6), its memorandum of law in support of the motion, the accompanying exhibits, and a declaration of service.

If you have any questions or concerns, feel free to contact me.

                                      Warm Regards,

                                ____/s/ Hilary Korman_____
                                Mel S. Harris & Associates, LLC
                                By: Hilary F. Korman, Esq.
                                5 Hanover Square, 8th Fl.
                                New York, NY. 10004
                                Direct Dial: (212) 571-4900 Ext. 3309
                                Direct Facsimile: (212) 660-1018
                                E-mail: hkorman@melharrislaw.com

cc:
Honorable Sandra J. Feuerstein
Long Island Courthouse
100 Federal Plaza
Central Islip, NY. 11722
*Via ECF*