# Law Office of William G. Goode

350 Veterans Memorial Highway
Commack, New York 11725
Telephone: 631-223-7740
Fax- 888-415-1859
www.williamgoode.com
william@williamgoode.com

January 19, 2012

**VIA ECF and FACSIMILE**
Hon. Sandra J. Feuerstein, U.S.D.J.
United States District Court
Eastern District of New York

      RE: **Oscar et al against Professional Claims Bureau, Inc.**
            **11-cv-05319-SJF-WDW**

Hon. Sandra J. Feuerstein,

     Please be advised that the undersigned has recently been retained as co-counsel to the Plaintiff in the above-entitled action. On January 10, 2012, defendant moved to dismiss the plaintiffs' complaint pursuant to Fed.R.Civ.P. 12(b)(6). I have conferred with defendants counsel and pursuant to your Honor's Individual Rules we have agreed to the following briefing schedule:

- Plaintiff's Opposition papers shall be served on or before February 3, 2012
- Defendant's Reply papers shall be served on or before February 23, 2012

                   Very Truly Yours,
                   LAW OFFICE OF WILLIAM G. GOODE

                   s/William G. Goode

                   William G. Goode
                   Counsel for Plaintiff

cc.   **VIA ECF**
        Hilary F. Korman, Esq.
        Attorney for Defendant