UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E D N Y

★   SEP 04 2012   ★

LONG ISLAND OFFICE

-----------------------------------------X

NINA ROBINSON,

          Plaintiff,

-against-

PROFESSIONAL CLAIMS BUREAU, INC.,

          Defendant.

-----------------------------------------X

**ORDER**
CV-11-5319(SJF)(WDW)

FEUERSTEIN, J.

By order dated June 19, 2012, the motion of defendant Professional Claims Bureau Inc. ("defendant) seeking dismissal of the amended complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure was granted to the extent that the claims of Aglaide Oscar ("Oscar") were dismissed in their entirety with prejudice; the claims of plaintiff Nina Robinson ("Robinson") pursuant to Sections 1692e(10) and 1692f of the FDCPA were dismissed in their entirety with prejudice; Robinson's claims pursuant to Sections 1692c(b) and 1692d(6) were dismissed in their entirety without prejudice; and Robinson was granted leave to file a second amended complaint on or before July 20, 2012 or her claims would be deemed dismissed in their entirety with prejudice. Robinson has not filed a second amended complaint in accordance with the June 19, 2012 order to date. Accordingly, the amended complaint is dismissed in its entirety with prejudice. The Clerk of the Court shall enter judgment in favor of defendant and close this case.

SO ORDERED.

                            s/ Sandra J. Feuerstein

                            SANDRA J. FEUERSTEIN
                            United States District Judge

Dated: September 4, 2012
       Central Islip, New York